MICHAEL F. HARDIMAN, SBN 104508
DOLORES B. DALTON, SBN 094931
HARDIMAN & CARROLL
450 Sansome Street, Suite 700
San Francisco, California 94111
Tel: (415) 248-3930
Fax: (415) 248-3933

Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMERCIAL UNDERWRITERS INSURANCE COMPANY, a Delaware Corporation,<br><br>    Defendant. | CASE NO. C06-05779 VRW<br><br>STIPULATION OF DISMISSAL<br><br>IT IS SO ORDERED<br>[signature] Judge Vaughn R Walker<br>12/18/2006 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to Federal Rule Civil Procedure 41(a)(1).

DATED: November 16, 2006

By _____
DOLORES B. DALTON
Attorneys for Plaintiff
CLARENDON NATIONAL INSURANCE COMPANY

By _____
A. CARL YAECKEL
Attorneys for Defendant
COMMERCIAL UNDERWRITERS INSURANCE COMPANY